458 A.2d 269

Commonwealth v. Butler, Appellant.
Petition for Allowance of Appeal
Denied July 20, 1983.

Submitted September 14,

* This decision was reached prior to the death of Judge Price.

1981. William P. James, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.